JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ANTHONY TIERNEY OLIVERA PARRELLI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DAVES HOT CHICKEN FRANCHISE CO., LLC et al.,<br><br>　　　　Defendants. | Case No. 2:23-cv-00709-SB-E<br><br>ORDER OF DISMISSAL |

　　　　On January 10, 2024, Plaintiff Joseph Anthony Tierney Olivera Parrelli and Defendants Dave's Hot Chicken Franchise Co., LLC and Dave's Hot Chicken, LLC filed a stipulation dismissing those Defendants with prejudice.  Dkt. No. 88.  On January 24, 2024, Plaintiff and Defendant Sam Maman, the only parties remaining in this case, filed a notice of settlement.  Dkt. No. 92.  All remaining claims are therefore dismissed in their entirety without prejudice.  For 45 days from the date of this order, the Court retains jurisdiction to vacate this order and to reopen the action nunc pro tunc on motion of any party.  By operation of this order and without further court action, the dismissal of all claims in this case will convert to a dismissal with prejudice on the 46th day, absent a timely motion to vacate and reopen.  If the case is reopened, the parties should be prepared for an expedited trial schedule.

　　　　The Court expects the parties to finalize their settlement or else move to reopen the case for prosecution within the next 45 days as ordered above.  *Should the parties file any document that contains a request to extend the deadline for purposes of completing the settlement, counsel for both parties shall submit* **at least seven days before the deadline** *a declaration with a detailed timeline of all the efforts made to complete the settlement, and the parties shall be prepared to*

*appear in court with a client representative to explain why the settlement could not be completed in the time allowed.*

Date: January 26, 2024

                                                        Stanley Blumenfeld, Jr.
                                          United States District Judge